SEALS *v.* ALABAMA.

No. 465, Misc.   Decided March 8, 1965.

*Vernon Crawford, Morton Stavis, Martin R. Bradley, Jr., Arthur Kinoy* and *William M. Kunstler* for petitioner.

*Richmond M. Flowers, Attorney General of Alabama,* and *Leslie Hall,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The Court is of the view that on the record the petitioner is an indigent.   Therefore, the judgment must be reversed. *Griffin* v. *Illinois,* 351 U. S. 12.